# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 13, 2024

_____

## DOCKET CORRECTION NOTICE

_____

No.   24-2118,   <u>Community Associations Institute v. U.S. Department of the Treasury</u>
1:24-cv-01597-MSN-LRV

TO:   Appellants

FILING CORRECTION DUE:  November 18, 2024

Please make the correction identified below and file a corrected document by the date indicated.

[x] Incorrect event used. Please refile document using the **"BRIEF"** entry and select **"OPENING"** from the type of brief drop-down menu.

Anisha Walker, Deputy Clerk
804-916-2704