UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2118
(1:24-cv-01597-MSN-LRV)

_____

COMMUNITY ASSOCIATIONS INSTITUTE; CANTERBURY CROSSING CONDOMINIUM TRUST; TOWNHOUSE GREEN COOPERATIVE; TERRACES ON MEMORIAL HOMEOWNERS ASSOCIATION; REGENCY AT ASHBURN GREENBRIER CONDOMINIUM ASSOCIATION; FARRCROFT HOMEOWNERS ASSOCIATION, INC.

   Plaintiffs - Appellants

v.

U.S. DEPARTMENT OF THE TREASURY; JANET L. YELLEN, in her official capacity as the Secretary of the United States Department of the Treasury; ANDREA GACKI, in her official capacity as Director of Financial Crimes Enforcement Network

   Defendants - Appellees

------------------------------

SMALL BUSINESS ASSOCIATION OF MICHIGAN; CHALDEAN AMERICAN CHAMBER OF COMMERCE

   Amici Supporting Appellant

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to expedite, the court denies the motion.

For the Court

/s/ Nwamaka Anowi, Clerk