# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 21, 2025

_____

RESPONSE REQUESTED

_____

No.    24-2118,          Community Associations Institute v. U.S. Department
                         of the Treasury
                         1:24-cv-01597-MSN-LRV

TO:    Canterbury Crossing Condominium Trust
       Community Associations Institute
       Regency at Ashburn Greenbrier Condominium Association
       Terraces on Memorial Homeowners Association
       Townhouse Green Cooperative
       Farrcroft Homeowners Association, Inc.

RESPONSE DUE: 05/01/2025

Response is required to the motion for abeyance on or before 05/01/2025.

Anisha Walker, Deputy Clerk
804-916-2704