## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| COMMUNITY ASSOCIATIONS<br>INSTITUTE, *et al.*, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | Case No. 24-2118 |
| JANET YELLEN,<br>Secretary of the United States<br>Department of the Treasury, *et al.*, | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) <br> ) <br> ) | |

## APPELLANTS' NOTICE OF NON-OPPOSITION
## TO GOVERNMENT'S MOTION TO HOLD PROCEEDINGS IN ABEYANCE

Appellants, Community Associations Institute, Canterbury Crossing Condominium Trust, Townhouse Green Cooperative, Terraces on Memorial Homeowners Association, Regency at Ashburn Greenbrier Condominium Association, and Farrcroft Homeowners Association ("Appellants"), by counsel, hereby respond to the Government's Motion to Hold Proceedings in Abeyance (Doc. 50).

Appellants note that the underlying action primarily concerns the constitutionality of the Corporate Transparency Act ("CTA") as opposed to rulemaking. As such, the Government's recent decision to not enforce the CTA against domestic entities and to conduct additional rulemaking has little, if any, bearing on the merits and no bearing on whether the CTA satisfies the Constitution. Further, the Government's recent public announcements underscore that the CTA violates the Constitution. U.S. President Trump described its reporting requirements as "outrageous and invasive," an "absolute disaster," and an "economic menace." U.S. Treasury Secretary Bessent observed that the CTA imposes "burdensome regulations" to the detriment of "hard-working American taxpayers and small businesses." These sentiments apply with full force with respect to

unpaid volunteer board members serving their non-profit community associations. Consistent with the above, Appellants requested that the Government consent to remand and then a permanent injunction against enforcement of the CTA as to them. The Government, unfortunately, has refused.

Nevertheless, in view of practical considerations, Appellants notify the Court that they do not oppose the Government's Motion to Hold Proceedings in Abeyance (Doc. 50).

Dated: May 1, 2025

Respectfully submitted,
By: */s/ Damon W.D. Wright*
DAMON W.D. WRIGHT
CLAIR E. WISCHUSEN
**GORDON REES SCULLY MANSUKHANI LLP**
277 S. Washington Street, Suite 550
Alexandria, Virginia 22314
Tel: (202) 399-1009
Fax: (202) 800-2999
dwright@grsm.com
cwischusen@grsm.com

*Counsel for Plaintiff Community Associations Institute*

BRENDAN BUNN
**CHADWICK, WASHINGTON, MORIARTY, ELMORE & BUNN, P.C.**
3210 Jermantown Road, Suite 600
Fairfax, VA 22030
Tel: (703) 352-1900
Fax: (703) 352-5293

*Counsel for Plaintiffs Canterbury Crossing Condominium Trust, Townhouse Green Cooperative, Terraces on Memorial Homeowners Association, Farrcroft Homeowners Association, Regency at Ashburn Greenbrier Condominium Association*

EDMUND ALLCOCK (*Pro Hac Vice*)
**ALLCOCK & MARCUS, LLC**
10 Forbes Road, Suite 400W
Braintree, MA 02184
Tel: 781-884-1660
ed@amcondolaw.com

*Attorneys for Canterbury Crossing Condominium Trust*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ Damon W.D. Wright
Damon W.D. Wright
