UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2118
(1:24-cv-01597-MSN-LRV)

_____

COMMUNITY ASSOCIATIONS INSTITUTE; CANTERBURY CROSSING CONDOMINIUM TRUST; TOWNHOUSE GREEN COOPERATIVE; TERRACES ON MEMORIAL HOMEOWNERS ASSOCIATION; REGENCY AT ASHBURN GREENBRIER CONDOMINIUM ASSOCIATION; FARRCROFT HOMEOWNERS ASSOCIATION, INC.

   Plaintiffs - Appellants

v.

U.S. DEPARTMENT OF THE TREASURY; SCOTT BESSENT, in his official capacity as the Secretary of the United States Department of the Treasury; ANDREA GACKI, in her official capacity as Director of Financial Crimes Enforcement Network

   Defendants - Appellees

------------------------------

SMALL BUSINESS ASSOCIATION OF MICHIGAN; CHALDEAN AMERICAN CHAMBER OF COMMERCE; NATIONAL FEDERATION OF INDEPENDENT BUSINESS SMALL BUSINESS LEGAL CENTER, INC.

   Amici Supporting Appellants

and

TRANSPARENCY INTERNATIONAL U.S.; THE FOUNDATION FOR DEFENSE OF DEMOCRACIES; NATE SIBLEY; JOHN A. CASSARA; DEBRA LAPREVOTTE; ALBERT TORRES; SENATOR SHELDON WHITEHOUSE; SENATOR RON WYDEN; SENATOR ELIZABETH WARREN; SENATOR JACK REED; REPRESENTATIVE MAXINE WATERS

Amici Supporting Appellees

_____

O R D E R

_____

Upon consideration of appellees' motion for abeyance, the court grants the motion and places this case in abeyance pending the issuance of a Final Rule regarding the Corporate Transparency Act's reporting requirements.

The parties shall file a status report by June 5, 2025, and every 30 days afterward and shall immediately notify this court when the Final Rule is issued.

For the Court

/s/ Nwamaka Anowi, Clerk