IN THE UNITED STATES COURT OF APPEALS FOR
THE FOURTH CIRCUIT

COMMUNITY ASSOCIATIONS INSTITUTE, *et al.*,

    Appellants,

v.

UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,

    Appellees.

No. 24-2118

**JOINT STATUS REPORT**

On May 6, 2025, the Court granted the government's motion to hold this case in abeyance to allow the Department of the Treasury (Department) time to complete new rulemaking regarding the reporting requirements of certain foreign and domestic entities under the Corporate Transparency Act (CTA). The Court directed the parties to file a status report by June 5, 2025, and every 30 days thereafter.

As discussed in the government's motion, the CTA generally imposes reporting requirements on certain entities and authorizes the Department, through the Financial Crimes Enforcement Network (FinCEN), to promulgate rules to that effect. Plaintiffs brought the present suit challenging the CTA on constitutional

grounds and challenging FinCEN's original rule requiring certain foreign and domestic entities to comply with the CTA's reporting requirements by January 1, 2025. On March 26, 2025, FinCEN issued an Interim Final Rule exempting all domestic entities, including plaintiffs, from the reporting requirements and stating that it "is accepting comments on this interim final rule" and "intends to issue a final rule this year" in light of those comments. *See Beneficial Ownership Information Reporting Requirement Revision and Deadline Extension*, 90 Fed. Reg. 13,688, 13,690 (Mar. 26, 2025).

The comment period has since closed, and the Department is now assessing those comments as part of its final rulemaking.

        Respectfully submitted,

        DANIEL TENNY
        MAXWELL BALDI

        /s/ *Sophia Shams*
        SOPHIA SHAMS
          Attorneys, Appellate Staff
          Civil Division, Room 7230
          U.S. Department of Justice 950
          Pennsylvania Ave., N.W.
          Washington, D.C. 20530
          (202) 514-2495
          sophia.shams@usdoj.gov

JUNE 2025

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

 /s/ *Sophia Shams*
SOPHIA SHAMS