IN THE UNITED STATES COURT OF APPEALS FOR
THE FOURTH CIRCUIT

COMMUNITY ASSOCIATIONS INSTITUTE, *et al.*,

    Appellants,

v.

UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,

    Appellees.

No. 24-2118

**STATUS REPORT**

On May 6, 2025, the Court granted the government's motion to hold this case in abeyance to allow the Department of the Treasury (Department) time to complete new rulemaking regarding the reporting requirements of certain foreign and domestic entities, including plaintiffs, under the Corporate Transparency Act (CTA). The Court directed the parties to file a status report every 30 days thereafter.

As explained in the status report filed on July 3, 2025, the Department, through the Financial Crimes Enforcement Network (FinCEN), issued an interim final rule on March 26, 2025, that exempted plaintiffs from the CTA's reporting requirements. *See Beneficial Ownership Information Reporting Requirement*

*Revision and Deadline Extension*, 90 Fed. Reg. 13,688 (Mar. 26, 2025). FinCEN is currently reviewing comments regarding the interim final rule as part of its final rulemaking, and "intends to issue a final rule this year." *Id.* at 13,689.

Respectfully submitted,

DANIEL TENNY
MAXWELL BALDI
STEVEN HAZEL

 /s/ *Sophia Shams*
SOPHIA SHAMS
   Attorneys, Appellate Staff
   Civil Division, Room 7230
   U.S. Department of Justice 950
   Pennsylvania Ave., N.W.
   Washington, D.C. 20530
   (202) 514-2495
   sophia.shams@usdoj.gov

AUGUST 2025

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

      /s/ *Sophia Shams*
SOPHIA SHAMS